FILING

OA 91  Criminal Complaint

# United States District Court

FILED
AUG 14 2008

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA
V.

Luis Alberto Montana
a/k/a Carmelo Sanchez Cervin
a/k/a Celestino Alberto Alvarado

**CRIMINAL COMPLAINT**

Case Number:

## 08 - 70535 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about August 12, 2008 in Santa Cruz _____ County, in

the Northern _____ District of California _____ defendant(s) did,

(Track Statutory Language of Offense)

(1) knowingly and without lawful authority produce identification documents and false identification documents; and (2) did knowingly possess with the intent to use unlawfully and transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the possessor), authentication features, and false identification documents.

in violation of Title 18 _____ United States Code, Section(s) 1027(a)(1) and 1027(a)(3) .

I further state that I am a(n) Special Agent of the United States Secret Service _____ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved
As To
Form: Gary G. Fry
AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

August 14, 2008
Date

at   San Jose, California
City and State

Hon. Patricia V. Trumbull      U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, SPECIAL AGENT RICHARD LANE, BEING DULY SWORN, DO DEPOSE AND SAY THE FOLLOWING:

1.    I am a Special Agent with the United States Secret Service and have been employed in that capacity for approximately one year. As part of my official duties, it is my responsibility to investigate crimes involving the manufacture, passing, and possession of false identification documents. I attended the Federal Law Enforcement Training Center (FLETC) in Glynco, GA, where I received instruction in subjects including Constitutional and criminal law, search and seizure, evidence, and Fourth Amendment rights. I received additional training in the detection of false identification documents and the fraudulent use of such documents at the U.S. Secret Service's James J. Rowley Training Center in the Washington, D.C. area.

2.    This Affidavit is made in support of a Criminal Complaint against Luis Alberto Montana, also known as Carmelo Sanchez Cervin, and also known as Celestino Alberto Alvarado, for knowingly and without lawful authority producing identification documents, in violation of 18 U.S.C. 1028(a)(1); and knowingly possessing with intent to use unlawfully or transfer unlawfully five or more identification documents other than those issued lawfully for the use of the possessor, in violation of 18 U.S.C § 1028(a)(3). The following information is known to me personally or was relayed to me by sworn California peace officers.

3.    On August 12, 2008, the U.S. Secret Service (USSS) San Jose Resident Office (SJO) was contacted by Sgt. Terry Traub of the Watsonville Police Department (WPD) advising that on August 12, 2008, Luis Alberto Montana ("Montana") was arrested for possessing and manufacturing false identification documents.

4.    Sgt. Traub stated that on August 12, 2008, Juan Luis Barrazza ("Barrazza") contacted the Watsonville Police Department. According to Sgt. Traub, Barrazza is the primary renter of a residence located at 30 9th St in Watsonville. Sgt. Traub stated that Barrazza called to report that he had found evidence of illegal activity taking place in a room that he sublet to Montana.

5.    Sgt. Traub stated that WPD Officers McKinley and Parsons responded to 30 9th St, to investigate Barrazza's claims. According to Sgt. Traub, when the officers arrived, Barrazza and Montana were both at the residence. Montana was detained and consented to a search of the room. According to Sgt. Traub, Montana told the officers that he was the only one staying in the room, but he denied that anything in the room belonged to him. Sgt Traub stated that upon entering Montana's room, officers found various items indicating Montana was manufacturing identification documents including, but not limited to, the following: a laptop computer with the image of an identification document on the screen; three computer printers; a paper cutter; and a trash bag with clippings they believed were indicative of the production of counterfeit identification documents. Officers placed Montana under arrest and collected all of the above items as evidence.

6.    On August 12, 2008, Special Agent Tom Daurelio and I responded to the Watsonville Police Department to examine the evidence seized in this case. Officer (Ofc.) Martha Vega had categorized most of this evidence and assisted with presenting the evidence to us. Based on my training and experience, the following items found during the consent search of Montana's room are counterfeit identification documents or counterfeit authentication features: 32 blank, uncut social security cards; 3 cut and completed social security cards; 16 blank Resident Alien Cards (Form I-551); 99 sheets of laminate bearing gold colored seals of the Department of Justice / Immigration and Naturalization Service; 178 sheets of laminate bearing gold colored I-551 logos; 29 sheets of gold colored California Department of Motor Vehicle emblems; 10 sheets of gold colored Oregon Department of Motor Vehicle emblems; 20 blank Mexican birth certificates; 5 California driver licenses; 42 foreign identification documents; and 6 Permanent Resident Cards.

7.    While reviewing this evidence, Ofc. McKinley provided me with further details of his initial encounter with Montana. Ofc. McKinley stated that Montana told officers his name was Luis Alberto Montana, but was in possession of a Mexican driver license in the name of Carmelo Sanchez Cervin. Ofc. McKinley also stated that Montana was in possession of three false identification documents which he had in his shoe. Ofc. McKinley stated that one of these identification documents was the same as the image on the laptop computer found when officers entered Montana's room.

8.    Later during our examination of the evidence, I found one photo of Montana that had been cut out as if to be used in the production of a false identification document. I also observed a Mexican identification document with Montana's photograph in the name of Celestino Alberto Alvarado.

9.    Also observed during an examination of the evidence were dozens of hand-written business cards with telephone number (831) 726-6212 and the name Villa. I conducted an Accurint search of this phone number on 08/13/08. This search revealed that this number is a possible cell phone registered to Carmelo Sanchez in Watsonville, CA. Based upon the aliases used by Montana (Carmelo Sanchez Cervin), I believe that these business cards were used by Montana to promote his false identification manufacturing business.

10.   Based on my training and experience, I believe Montana knowingly possessed and manufactured counterfeit identification documents and used a laptop computer, an all-in-one printer/scanner/copier and laminate with counterfeit authentication features to manufacture counterfeit identification documents.

11.   Based on the above-referenced facts, I believe there is probable cause that Luis Alberto Montana did knowingly and without lawful authority produce false identification documents and false authentication features in violation of 18 U.S.C. § 1028(a)(1). I further believe that these facts show that there is probable cause that Montana did

knowingly possesses with intent to use unlawfully or transfer unlawfully five or more identification documents in violation of 18 U.S.C. § 1028(a)(3). Based upon the equipment found in Montana's room, I believe there is probable cause that Montana knowingly possessed a document-making implement with the intent such document-making implement would be used in the production of a false identification document in violation of 18 U.S.C. § 1028(a)(5).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Richard Lane
Special Agent
United States Secret Service

Subscribed and sworn to before me this  14  day of August, 2008.

Honorable Patricia V. Trumbull
United States Magistrate Judge